IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BRUCE FREELAND,

    Plaintiff,

v.

UNUM LIFE INSURANCE
COMPANY OF AMERICA,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-53-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered awarding benefits to plaintiff, Bruce Freeland, in the amount of $7,825.92 and prejudgment interest in the amount of $3,443.41.

    IT IS FURTHER ORDER AND ADJUDGED that judgment is entered awarding plaintiff attorney fees in the total amount of $20,012.50.

    Approved as to form this 14th day of March, 2014.

_____
William M. Conley, District Judge

_____    3/14/14
Peter Oppeneer, Clerk of Court    Date